UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

GEORGE VELEZ and NANCY VELEZ
on behalf of themselves and those similarly
situated,

    Plaintiffs,

v.                                        Case No. 8:18-cv-88-T-35SPF

BANK OF AMERICA, N.A. and
SPECIALIZED LOAN SERVICING, LLC,

    Defendants.
_____/

## **ORDER**

This cause came before the Court for a hearing on October 16, 2019, to confirm Plaintiffs' compliance with this Court's Order, dated October 4, 2019, compelling discovery. *See* Doc. 96. Upon consideration of the parties' representations at the hearing, it is hereby

**ORDERED**:

1. On or before October 25, 2019, Plaintiffs shall serve Defendant Specialized Loan Servicing, LLC with the following: any additional documents related to their damages, specifically medical and other health-related expenses and attorney's fees; any additional documents currently in the possession of Plaintiffs' counsel in the foreclosure action that are responsive to Defendant's requests for production; and, as agreed to by the parties, a signed and notarized verification form for Plaintiffs' responses to Defendant's interrogatory requests.

2. Plaintiffs' failure to comply with this Order may result in sanctions. *See* Fed. R. Civ. P. 37(b)(2).

3. On or before October 25, 2019, Defendant Specialized Loan Servicing, LLC shall file a notice with the Court of any outstanding discovery issues related to Plaintiffs' October 11, 2019 discovery responses.

**ORDERED** in Tampa, Florida, on October 16, 2019.

SEAN P. FLYNN
UNITED STATES MAGISTRATE JUDGE