UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

GEORGE VELEZ and NANCY VELEZ
on behalf of themselves and those similarly
situated,

    Plaintiffs,

v.                                                                            Case No. 8:18-cv-88-T-35SPF

BANK OF AMERICA, N.A. and
SPECIALIZED LOAN SERVICING, LLC,

    Defendants.
_____/

## ORDER

This cause comes before the Court for consideration of Defendant Specialized Loan Servicing, LLC's Motion for Extension of Time to Complete Plaintiffs' Depositions and File a Dispositive Motion (Doc. 108) and issues raised in Defendant's Supplemental Status Report Regarding Plaintiffs' Compliance with Court's Order (Doc. 107).

Upon consideration, it is hereby

**ORDERED**:

1. Defendant Specialized Loan Servicing, LLC's Motion for Extension of Time to Complete Plaintiffs' Depositions and File a Dispositive Motion (Doc. 108) is **GRANTED**.

2. The discovery deadline is extended up to and including November 22, 2019, for the purposes of conducting Plaintiffs' depositions. Any follow-up discovery necessitated by the depositions may be conducted only by agreement of the parties. The dispositive motion deadline is extended up to and including December 14, 2019. The Court is not inclined to grant any further extensions.

3. Plaintiffs are directed, as previously ordered by the Court in its Order dated October 16, 2019 (Doc. 104), to complete their updated responses to all outstanding discovery requests by November 12, 2019.

4. Plaintiffs are directed to make all documents produced to Defendant, as discussed in Defendant's Supplemental Status Report, available for Defendant's inspection and copying by November 12, 2019.

5. **The failure to provide responses or produce documents as ordered may result in the exclusion of the evidence from Plaintiffs' use at trial.**

6. Defendant indicates in its Supplemental Status Report (Doc. 107) that it is still awaiting a ruling on the Court's in camera review of Plaintiffs' retainer agreement and engagement letter with their prior counsel. The Court clarifies, as previously discussed at the hearing held on October 16, 2019, instead of submitting any documents for in camera inspection by the Court, Plaintiffs produced those documents to Defendant. As such, the Court has no documents pending an in camera review.

7. Defendant's request that Plaintiffs be directed to include all their responses to Defendant's First Requests for Production into one singular written response is **DENIED**.

**ORDERED** in Tampa, Florida, on November 4, 2019.

SEAN P. FLYNN
UNITED STATES MAGISTRATE JUDGE