## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

**GEORGE VELEZ, on behalf of themselves and those similarly situated and NANCY VELEZ, on behalf of themselves and those similarly situated,**

      **Plaintiffs,**

**v.**                                                                          **Case No: 8:18-cv-88-T-35SPF**

**BANK OF AMERICA, NA and SPECIALIZED LOAN SERVICING, LLC,**

      **Defendants.**

_____

## <u>ORDER OF DISMISSAL WITH PREJUDICE</u>

Upon consideration of the Joint Stipulation for Dismissal with Prejudice as to Bank of America, N.A., (Dkt. 117), and pursuant to Fed. R. Civ. P. 41, it is hereby

**ORDERED** that this case is **DISMISSED WITH PREJUDICE as against Defendant Bank of America, NA ONLY**. Each party shall bear its own attorneys' fees and costs associated with this matter. Plaintiff's claims against Defendant Specialized Loan Servicing, LLC shall proceed in the normal course.

**DONE and ORDERED** in Tampa, Florida this 17th day of December, 2019.

_____
MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record
Any Unrepresented Party